PD1396-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/27/2015 4:12:12 PM
Accepted 4/28/2015 8:58:15 AM
ABEL ACOSTA
CLERK

LAW OFFICES

## GOLDSTEIN, GOLDSTEIN AND HILLEY

310 S. ST. MARY'S STREET, SUITE 2900

SAN ANTONIO, TEXAS 78205-3117

ELI GOLDSTEIN
(1910-1998)
GERALD H. GOLDSTEIN
LICENSED IN TEXAS AND COLORADO
VAN G. HILLEY
CYNTHIA HUJAR ORR
DONALD H. FLANARY, III

AREA CODE 210
TELEPHONE 226-1463

AREA CODE 210
FACSIMILE 226-8367

April 21, 2015

Court of Criminal Appeals
Attn: Able Acosta, Clerk of the Court
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

FILED IN
COURT OF CRIMINAL APPEALS

April 28, 2015

ABEL ACOSTA, CLERK

**RE:** *Jon Thomas Ford vs. State of Texas*, Cause No. PD1396-14 in the Court of Criminal Appeals, Austin, Texas.

Dear Mr. Acosta,

This letter is to notify the Court that undersigned counsel for Jon Thomas Ford will appear for oral argument on May 20, 2015 in regard to the above entitled and numbered cause.

Thank you for your attention to this matter. Please contact our office if you have any questions.

Sincerely,

Cynthia E. Orr
Goldstein, Goldstein & Hilley

Sent *via* U.S. Mail, first class